**Order entered September 17, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00694-CV

**CITY OF DALLAS, Appellant**

**V.**

**STEVEN H. BLOCK, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10239**

### ORDER

Before the Court is the parties' September 16, 2021 joint motion to file their respective briefs. We **GRANT** the motion. Appellant shall file its brief on the merits on or before **October 20, 2021**. Appellees shall file their brief on the merits on or before **November 29, 2021**. Appellant shall file its reply brief on or before **January 10, 2021**. We caution the parties that further extension requests in this accelerated appeal will be disfavored.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE